433 A.2d 116

Commonwealth v. Macon, Appellant.

Argued December 3, 1980.

Charles M. Schwartz, for appellant; Sara A. DeCourcy, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.

433 A.2d 116

Commonwealth v. McCall, C., Appellant.

Submitted March 6, 1980.

Bruce D. Foreman, for appellant; Marion E. MacIntyre, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONT-GOMERY, JJ.

Affirmed.